AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No.  3:25-MJ- 133 (ML) |
| JERRY N. BUTLER, III, | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates of 2024 to present in the county of Delaware in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual Exploitation of a Child |

This criminal complaint is based on these facts:
See attached affidavit

☒   Continued on the attached sheet.

*Inv. Patrick Ahern*
Complainant's signature

Patrick Ahern, Task Force Officer
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: May 1, 2025

*Miroslav Lovric*
*Judge's signature*

City and State: Binghamton, NY      Hon. Miroslav Lovric, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Patrick Ahern, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint charging Jerry N. Butler III with sexual exploitation of a child, in violation of 18 U.S.C. § 2251(a).

2. I am employed by the State of New York as an Investigator with the New York State Police (NYSP) and am presently assigned as a Task Force Officer on the Federal Bureau of Investigation (FBI) Joint Terrorism Task Force (JTTF). As such, I am an "investigative or law enforcement officer" of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, United States Code, Chapter 63. I have been a sworn member of the NYSP since January 2014 and have served in my current assignment on the JTTF since September 2023. I am currently assigned to the FBI's Albany Division where I investigate all federal criminal violations. I have participated in investigations of people suspected of violating federal child pornography laws. I have received training in child sexual exploitation and have had the opportunity to observe and review examples of child pornography in all forms of media including computer media.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all my knowledge about this matter.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe Butler has committed the foregoing offense.

**PROBABLE CAUSE**

5.      In in or about January 2025, FBI Albany learned that V-1, an approximately 16-year-old child living outside the State of New York, had disclosed that she had been producing and sending child pornography depicting herself to a person via a social media messaging application. She identified the account she was communicating with (the "Subject Account"), and I obtained a search warrant for its content.

6.      My review of the Subject Account revealed approximately 20,000 messages between it and V-1's account. Included within these messages were requests from the Subject Account's user (believed to be Jerry N. Butler III for the reasons in this affidavit) to V-1 that V-1 produce sexually explicit images and videos depicting herself and send them to him using the social media messaging application.

7.      I located some of the sexually explicit content depicting V-1 within the Subject Account. In my training and experience, that content meets the federal definition of child pornography. This material, which is available for this Court's review upon request, included:

   a. unified_message-1061229049026534.mp4 (47-second video) – depicts V-1 seated on a bed fully nude with her legs spread, using her hand to digitally masturbate.

   b. unified_message_1878483482943929.jpg – depicts V-1 fully nude on her bed with her breasts and vagina exposed.

   c. unified_message_1063467178888435.jpg – depicts V-1 fully nude on her knees with her breasts and vagina exposed.

   d. unified_message_530059723395809.jpg – depicts V-1's vagina and anus in a lewd and lascivious fashion.

8.  Also within the Subject Account were "voice messages" apparently created and sent by Jerry N. Butler III to V-1. These voice messages vary in length from one second to approximately thirty seconds. During some of the messages, Jerry N. Butler III (whose voice I recognized from a prior interview of him) says V-1's true name, thanks V-1 for the sexually explicit content she created and sent to him, and otherwise says certain words and phrases.

9.  Subscriber information for the registration/creation IP address for the Subject Account also resolved to Butler's residence.

10. On May 1, 2025, I participated in the execution of a search warrant for Butler's residence, person, and computers and storage media found therein and thereon.

11. Also on that date I interviewed Jerry N. Butler III and provided him *Miranda* warnings. Among other things, he admitted to being the person responsible for the conduct in the above-described social media messaging account and he confirmed that V-1 sent him specific depictions of sexually explicit content.

[CONTINUED BELOW]

## CONCLUSION

12.    For the foregoing reasons, there is probable cause to believe that Jerry N. Butler Butler III has committed the foregoing offense.

Attested to by the Applicant in Accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

*Inv. Patrick Ahern*

Patrick Ahern
FBI TFO

I, the Honorable Miroslav Lovric, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by telephone on May 1, 2025, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

*Miroslav Lovric*

Hon. Miroslav Lovric
U.S. Magistrate Judge