# UNITED STATES DISTRICT COURT
for the
Northern District of New York

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
May 02 - 2025
John M. Domurad, Clerk

| | |
|---|---|
| United States of America<br>v.<br><br>JERRY N. BUTLER III<br>*Defendant* | Case No. 3:25-MJ-133 (ML) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JERRY N. BUTLER III ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Sexual exploitation of a child, in violation of Title 18, United States Code, Section 2251(a).

Date: 05/01/2025

*Issuing officer's signature*

City and state: Binghamton, New York

Hon. Miroslav Lovric, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* May 1, 2025, and the person was arrested on *(date)* May 1, 2025
at *(city and state)* Walton, New York.

Date: May 1, 2025

Inv. Patrick Ahern
*Arresting officer's signature*

Inv. Patrick Ahern
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:
Known aliases:
Last known residence:
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth:
Date of birth:
Social Security number:
Height: Weight:
Sex: Race:
Hair: Eyes:
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

Print    Save As...    Reset