# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK

Syracuse Office

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Lisa Peebles – Federal Public Defender
Anne LaFex – First Assistant

Albany Office

54 State Street
Suite 310
ALBANY, NY 12207
(518) 436-1850
FAX (518) 436-1780

May 5, 2025

Honorable Miroslav Lovric
United States Magistrate Judge
United States District Court for the Northern District of New York
15 Henry Street
Binghamton, New York 13901

**RE:    UNITED STATES v. JERRY N. BUTLER**
        **CASE NO.: 25-MJ-0133 (ML)**

Dear Judge Lovric:

The defendant in the above-captioned matter is scheduled to appear before the Court for a detention hearing this afternoon at 3:30PM. After consulting with the client, the defense now waives Mr. Butler's right to that hearing and reserves the right to reschedule it at a later date. Mr. Butler also waives his right to an immediate preliminary hearing, also reserving that right for later if necessary.

Thank you for your consideration.

Respectfully,

*/s Gabriela E. Wolfe*
Assistant Federal Public Defender

*s/ Anne L. LaFex*
Assistant Federal Public Defender

cc:    Michael Gadarian, AUSA (by ECF)